# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-0112 |
|---|---|---|
| VERSUS | * | JUDGE S. MAURICE HICKS, JR. |
| JUAMA TREMEL PALMER | * | MAG. JUDGE KAREN L. HAYES |

## REPORT AND RECOMMENDATION ON
## FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the defendant, this cause came before the undersigned U. S. Magistrate Judge on June 14, 2017, for administration of guilty plea and allocution of the defendant Juama Tremel Palmer under Rule 11 of the Federal Rules of Criminal Procedure. Defendant was present with his counsel, Mr. Walt Caldwell.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count Two of the Indictment, is fully supported by a written factual basis for each of the essential elements of the offense. In addition, both the government and the defendant have waived their right to object to the report and recommendation. Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the defendant Juama Tremel Palmer in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Juama Tremel Palmer be finally adjudged guilty of the offense charged in Count Two of the Indictment.

IT IS FURTHER RECOMMENDED that the District Court ACCEPT defendant's agreement to forfeit and abandon any claim or interest he may have in the firearm(s) and ammunition described in the Indictment.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the customary delays.

In Chambers, at Monroe, Louisiana, this 14th day of June 2017.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE