UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00112 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JUAMA TREMEL PALMER | MAGISTRATE JUDGE HAYES |

**ORDER**

This matter was referred to United States Magistrate Judge Hayes for Report and Recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation (Record Document 23) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Juama Tremel Palmer, is **ACCEPTED** and defendant is finally adjudged guilty of the offense charged in Count 2 of the indictment, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 28th day of June, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE